**U.S. Department of Justice**
Washington, D.C.

**Criminal Docket**
Presented in Corpus Christi



Corpus Christi Division
Magistrate No.: ___N/A___
File: ___INDICTMENT___
Filed: ___March 11, 2020___

County: ___Nueces___
LIONS #: 2020R05872

CR. No.: **C-20-569**

## JUDGE NELVA GONZALES RAMOS

Judge: _____

Attorneys:

RYAN K. PATRICK, U.S. ATTORNEY
MICHAEL E. HESS, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

United States of America

v.

1) ROBERT MARTINEZ HINOJOSA,
___AKA BIG ROB,___
2) MATTHEW JOHN SAYLES,
___AKA MATEO,___
___AKA MONEY MATT___
3) RAUL BENAVIDES,
___AKA JOKER,___
4) GILBERTO SALDANA, JR.,
___AKA DOE DOE,___
___AKA JERRY___
5) JUAN LEBRADO PENA
___AKA SLIM,___
6) SERGIO LORENZO PENA
___AKA YOUNGSTER,___
___AKA BOY,___
7) DANNY RAY MARTINEZ,
___AKA RASKAL,___
8) JOE DANIEL DAVILA,
___AKA J.D.,___
9) RAUL VALDEZ,
___AKA PELON,___
10) SERENITY LYNN MCCRACKEN

**PLEASE INITIAL**

**TRUE BILL:** _____

**NO BILL:** _____

Charge(s):     Ct. 1 (Defendants 1-5):   Did knowingly and intentionally conspire while employed by or associated with an enterprise engaged in activities which affect interstate or foreign commerce, and did participate directly or indirectly in conduct of the enterprise's affairs through a pattern of racketeering activity: 18 USC 1962(d).

Ct. 2 (Defendants 1-10):  Did knowingly and intentionally conspire to possess with intent to distribute more than 1 kilogram of heroin, 5 kilograms of cocaine, 280 grams of cocaine base, and 500 grams of mixture or substance containing methamphetamine: 21 USC 846, 841(a)(1), and 841(b)(1)(A).

Penalty:      Ct. 1 (Defendants 1- 5):  Not more than life imprisonment without probation, parole, or a suspended sentence, and a fine of not more than $250,000, or both; at least 3 years SRT; and, a $100 Special Assessment.
Ct. 2 (Defendants 1-10):  Not less than 10 years and not more than life imprisonment without probation, parole, or a suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and a $100 Special Assessment.

In Jail:      Defendants 2 and 9
On Bond:
No Arrest:      Arrest Warrants to be filed on Defendants 1, 3-8, 10