United States District Court
Southern District of Texas
**ENTERED**
March 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NUMBER |
| (1) ROBERT MARTINEZ HINOJOSA, AKA BIG ROB, | § § § | **C-20-569** |
| (2) MATTHEW JOHN SAYLES, AKA MATEO, AKA MONEY MATT, | § § § | |
| (3) RAUL BENAVIDES, AKA JOKER, | § § | |
| (4) GILBERTO SALDANA, JR., AKA DOE DOE, AKA JERRY, | § § § | |
| (5) JUAN LEBRADO PENA, AKA SLIM, | § § | |
| (6) SERGIO LORENZO PENA, AKA YOUNGSTER, AKA BOY, | § § § | |
| (7) DANNY RAY MARTINEZ, AKA RASKAL, | § § | |
| (8) JOE DANIEL DAVILA, AKA J.D., | § § | |
| (9) RAUL VALDEZ, AKA PELON, | § § | |
| (10) SERENITY LYNN MCCRACKEN | § | |

## ORDER TO SEAL INDICTMENT

The Government's Motion to SEAL the above-referenced Indictment and Motion and Order to Seal as to the above defendants is hereby GRANTED until the arrest of the individually named defendants, at which time this Indictment, Motion and Order shall be unsealed only as to the defendant arrested. The Court specifically requests this indictment remain SEALED until March 20, 2020 as defendants (2) MATTHEW JOHN SAYLES, AKA MATEO, AKA MONEY MATT, and (9) RAUL VALDEZ, AKA PELON.

It is further ORDERED that the United States Marshal's Service for the Southern District of Texas enter the Warrant for Arrest of the above defendants into the National Crime Information Center (NCIC) database UPON THE ORAL OR WRITTEN REQUEST of any Assistant United States Attorney for the Southern District of Texas.

DONE at Corpus Christi, Texas on this _____ day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE